No. 75–1029. KENNECOTT COPPER CORP. *v.* TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY. C. A. 9th Cir. Certiorari denied. ▮▮▮▮

No. 75–1041. MT. SINAI HOSPITAL OF GREATER MIAMI, INC. *v.* MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 5th Cir. Certiorari denied. ▮▮▮▮

No. 75–1048. CHEVOOR *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. ▮▮▮▮

No. 75–1062. GIGLIOTTI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1070. HAY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮▮▮▮

No. 75–1072. BLANTON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–1074. PICKETTE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮▮▮▮

No. 75–1081. AMERICAN TOBACCO Co. *v.* RUSSELL ET AL.; and
No. 75–1087. TOBACCO WORKERS INTERNATIONAL UNION, AFL–CIO, LOCAL 192 *v.* RUSSELL ET AL. C. A. 4th Cir. Certiorari denied. Reported below: 528 F. 2d 357.

No. 75–1091. ROWELL *v.* UNITED STATES;
No. 75–6118. MATHEWSON *v.* UNITED STATES; and
No. 75–6136. KILLIAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 524 F. 2d 1268.